1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101                *E-Filed 4/30/09*
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10 BOB TRAGNI AND WILLIAM T.              )  CASE NO.: C09-00032 RS
   BARROW, AS TRUSTEES OF THE             )
11 INTERNATIONAL BROTHERHOOD OF           )  CASE MANAGEMENT
   ELECTRICAL WORKERS LOCAL 332           )  CONFERENCE STATEMENT
12 HEALTH AND WELFARE AND PENSION         )  AND ~~PROPOSED~~ ORDER
   TRUST FUNDS, NEBF, JEIF, NECA          )
13 SERVICE CHARGE, NECA, DUES             )
   CHECK OFF AND APPRENTICESHIP           )  Date: May 6, 2009
14 TRAINING TRUST FUNDS,                  )  Time: 2:30 P.M.
                                          )  Place: Courtroom 4, 5th Floor
15              Plaintiffs,                )

16 vs.

17 SOUTHER ELECTRIC INC., A California
   Corporation,
18
                Defendants.
19

20      Plaintiffs in the above-entitled action submit this Case Management Statement and

21 proposed order, and request that the court adopt it as the Case Management Order in this case.

22 The complaint was filed on January 6, 2009. The complaint was served on the Defendant on

23 January 13, 2009. A request for entry of default was filed on March 27, 2009. Clerk's notice for

24 entry of default was entered March 30, 2009 against Defendant SOUTHER ELECTRIC INC.,

25 A California Corporation. Plaintiffs are in the process of obtaining declarations and

26 documentation in order to proceed with a default judgement against the Defendant.

27

28

                                              1

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days in order to complete the documentation for the default judgement hearing. Therefore, Plaintiffs request that the case be continued until July 8, 2009, for another Case Management Conference.

Respectfully submitted,

Dated: April 29, 2009

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to July 8, 2009, at 2:30 P.M., in Courtroom 4, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 4/30/09

~~JUDGE OF THE U.S. DISTRICT COURT~~

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER