SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

*E-Filed 8/4/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,

Plaintiffs,

vs.

SOUTHER ELECTRIC INC., A California Corporation,

Defendants.

CASE NO.: C09-00032 RS

STIPULATION AND ORDER TO CONTINUE MOTION FOR DEFAULT JUDGMENT

Date: August 5, 2009
Time: 9:30 A.M.
Place: Courtroom 4, 5th Floor

Parties in the above-referenced matter are in settlement discussions. The parties hereby stipulate and agree that the Motion for Default Judgment currently scheduled for Wednesday, August 5, 2009, at 9:30 a.m. be continued to Wednesday August 26, 2009, at 9:30 a.m. in Courtroom 4 of the above-entitled court.

Dated: August 4, 2009

SUE CAMPBELL
Attorney for Plaintiffs

Law Office of Sue Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

STIPULATION AND ORDER TO CONTINUE MOTION FOR DEFAULT JUDGMENT
No. C09-00032 RS

1

Dated: August 4, 2009

MICHAEL QUINLIVAN
Attorney for Defendant

## ORDER

The Motion for Default Judgment is hereby continued to August 26, 2009, at 9:30 a.m. in Courtroom 4, 5th Floor.

Dated: 8/4/09

JUDGE OF THE U.S. DISTRICT COURT

Law Office of Sue Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

2
STIPULATION AND ORDER TO CONTINUE MOTION FOR DEFAULT JUDGMENT
No.   C09-00032 RS