**E-Filed 9/22/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SOUTHER ELECTRIC INC.,<br><br>          Defendant. | Case Number C 09-32 JF (RS)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART MOTION FOR DEFAULT JUDGMENT<br><br>[re: docket nos. 9, 15 ] |

On September 2, 2009, Magistrate Judge Richard Seeborg filed a Report and Recommendation that this Court grant in part and deny in part Plaintiffs' motion for default judgment. No objections were filed. The Court has reviewed Judge Seeborg's recommendation as well as the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Seeborg.

IT IS SO ORDERED.

DATED: 9/22/2009

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2

3  Sue Campbell    suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 09-32 JF (RS)
ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART MOTION FOR DEFAULT JUDGMENT
(JFLC2)