**E-Filed 10/28/2009**

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

| | |
|---|---|
| 12 BOB TRAGNI, et al., | Case No. C 09-32 JF (RS) |
| 13           Plaintiff, | |
| 14      v. | |
| 15 SOUTHER ELECTRIC, INC., | |
| 16           Defendant. | |
| 17 BOB TRAGNI, et al., | Case No. C 09-4988 RS |
| 18           Plaintiff, | |
| 19 | ORDER RELATING CASES |
| 20      v. | |
| 21 SOUTHER ELECTRIC, INC., | |
| 22           Defendant. | |

23

24        The Court has determined that the above-entitled cases are related.  Accordingly, the

25   Clerk of the Court is directed to reassign Case No. C 09-4988 RS to the undersigned.

26        IT IS SO ORDERED.

27   DATED:  10/28/2009

_____

28                                    JEREMY FOGEL
                                       United States District Judge

1   Copies of Order served on:

2

3   Sue Campbell     suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-32 JF (RS)  /  C 09-4988 RS
ORDER  RELATING CASES
(JFLC2)